**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CR61** |
| **vs.** ) | |
| ) | **TRIAL ORDER** |
| **ARMANDO RODRIGUEZ,** ) | |
| ) | |
| **Defendant.** ) | |

The defendant has filed a Motion to Continue Trial [101] due to "ongoing plea negotiations." Absent a showing of good cause, the court's calendar cannot accommodate the defendant's request. Considering the case history, *see* Trial Order [97], the court believes the parties have been given adequate time to conduct plea negotiations. Notwithstanding the defendant's waiver of speedy trial [100],

**IT IS ORDERED** that defendant's motion to continue trial [101] is denied.

**DATED June 21, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**