IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR61 |
| | ) | |
| vs. | ) | ORDER OF COURT |
| | ) | TO DISMISS WITHOUT |
| DALINDA GARCIA, | ) | PREJUDICE |
| ROBERTO M. MORALES, Jr., | ) | THE INDICTMENT |
| ROBERTO M. MORALES, Sr., | ) | AGAINST DEFENDANT |
| JESUS ALBERTO PADILLA-PALACIOS, | ) | ARMANDO RODRIGUEZ |
| ARMANDO RODRIGUEZ, | ) | |
| DANNY REYES, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Indictment regarding Defendant, ARMANDO RODRIGUEZ, pursuant to Motion of the United States (Filing No. 116).

DATED this 26th day of June, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge