IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR61 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ARMANDO RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Armando Rodriguez (Rodriguez) for return of a cash bond (Filing No. 189). Rodriguez posted, *inter alia*, a $5,000.00 cash appearance bond with the court to insure his appearance for further proceedings upon his release from pretrial custody (Filing Nos. 40 and 41). The Indictment against Rodriguez has been dismissed (Filing No. 117). Accordingly, the motion for return of the cash bond (Filing No. 189) is granted. Rodriguez's $5,000.00 appearance bond (Filing No. 41) is hereby exonerated. The Clerk shall refund such bond by mailing a check for such amount to the surety who posted such bond, Sidronia Rodriguez, 306 Texas Trail, Dodge City, KS 67801.

**IT IS SO ORDERED.**

DATED this 15th day of February, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge